No. 3503.—P. O. PEYROUX *v.* MRS. INES DEBLANC.

An action to annul a judgment on the ground of fraud, must be brought within one year from its discovery, otherwise it will not be maintained.

APPEAL from the Second District Court, parish of Orleans. *Duvigneaud, J. Charvet & Duplantier*, for plaintiff and appellee. *Charles Louque*, for defendant and appellant.

WYLY, J. The plaintiff sues to annul the judgment obtained by the defendant against him on the fourteenth April, 1869, on the ground that said judgment was obtained fraudulently and upon false evidence. The court gave judgment for the plaintiff and the defendant appeals.

Several defenses are urged; but the most effectual one is, the prescription announced in article 613, Code of Practice, which limits the action of nullity for fraud to the period of one year after the fraud has been discovered. The judgment was signed on the nineteenth April, 1869.

Notice of the *fi. fa.* issued on said judgment was served on the plaintiff, P. O. Peyroux, in person, on the twenty-ninth May, 1869. He certainly had notice of the judgment and of the fraud, if such there was, on the ninth November, 1869, when he applied for rehearing, the judgment being then signed since nineteenth April, 1869.

This suit was not filed till the thirtieth December, 1870. More than one year from the discovery of the fraud, if any, had, therefore, elapsed before this action of nullity was instituted.

It is therefore ordered that the judgment appealed from be annulled, and that plaintiff's demand be rejected with costs of both courts.

Rehearing refused.